AMY L. THOMPSON, ESQ., Bar # 11907
MGM RESORTS INTERNATIONAL
6385 S. RAINBOW BLVD, SUITE 500
Las Vegas, NV 89118
Telephone: 702.692.1284
Email: abaker@mgmresorts.com

Attorney for Defendant
MGM Grand Hotel, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA CORY,<br>Plaintiff,<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC d/b/a MGM GRAND,<br>Defendants. | Case No. 2:18-cv-01719-RFB-VCF<br><br>**[PROPOSED] STIPULATION AND ORDER TO STAY DISCOVERY FOR A PERIOD OF 30 DAYS**<br><br>**[First Request]** |

Plaintiff Jessica Cory ("Plaintiff") and Defendant MGM Grand Hotel, LLC dba MGM Grand Hotel & Casino ("MGM" or "Defendant") by and through their counsel of record hereby stipulate to stay discovery for a period of thirty (30) days.

Counsel for Plaintiff and Defendant held a Rule 26(f) conference on November 2, 2018. In the Rule 26(f) conference, it was discussed and agreed that a stay of discovery was warranted in light of the parties having commenced settlement discussions which could result in early resolution of the case. This matter has also been set for an Early Neutral Evaluation conference on November 27, 2018.

/ / /

/ / /

/ / /

The parties wish to divert efforts to the ENE before engaging in extensive discovery. Thus, it would be appropriate to spare the parties the burden and expense of discovery. Accordingly, the parties jointly request that discovery be stayed 30 days or until December 6, 2018. If this matter is not resolved within the thirty-day period, the parties will submit a stipulated discovery plan and scheduling order by December 13, 2018.

Dated this 8TH day of November, 2018.

MGM Resorts International

/s/ Kristofer D. Leavitt, Esq.
Kristofer D. Leavitt, Esq.
Nevada Bar No: 13173
612 S. 10th Street
Las Vegas, Nevada 89101
(702) 423-7208
kleavitt@leavittlegalgroup.com

Attorney for Plaintiff

/s/ Amy L. Thompson, Esq.
Amy L. Thompson, Esq.
MGM Resorts International
6385 S. Rainbow Blvd, Suite 500
Las Vegas, NV 89118

Attorneys for Defendant
MGM Grand Hotel, LLC

IT IS SO ORDERED

Dated this ___ day of November 2018

_____

United States District / Magistrate Judge

2