1   AMY L. THOMPSON, ESQ., Bar # 11907
    MGM RESORTS INTERNATIONAL
2   6385 S. RAINBOW BLVD, SUITE 500
    Las Vegas, NV  89118
3   Telephone:    702.692.1284
    Email:        abaker@mgmresorts.com
4
    Attorney for Defendant
5   MGM Grand Hotel, LLC

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8   JESSICA CORY,                          Case No. 2:18-cv-01719-RFB-VCF
    Plaintiff,
9
                        Plaintiff,
10
    vs.
11
    MGM GRAND HOTEL, LLC d/b/a MGM         **STIPULATION AND (PROPOSED)**
12  GRAND,                                 **ORDER FOR DISMISSAL WITH**
                        Defendants.        **PREJUDICE**
13

14          IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jessica Cory and

15  MGM Grand Hotel, LLC dba MGM Grand, through their undersigned counsel of record, that the

16  above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and

17  costs.

18
    Dated this 19th day of December, 2018.      Dated this 19th day of December, 2018.
19
                                                MGM Resorts International
20
    /s/ Kristofer D. Leavitt                    /s/ Amy L. Thompson
21  Kristofer D. Leavitt, Esq.                  Amy L. Thompson, Esq.
22  612 S. 10th Street                          MGM Resorts International
    Las Vegas, Nevada 89101                     6385 S. Rainbow Blvd, Suite 500
23

24

25                                              IT IS SO ORDERED
26                                              Dated this __14th__ day of __January,__ 201 9.
27
                                                _____.
28                                              RICHARD F. BOULWARE, II
                                                United States District Judge